United States District Court
District of New Jersey

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Esther Salas |
| v. | : | Magistrate No. 08-7144 |
| DIPTI DILIP GANDHI | : | **CRIMINAL COMPLAINT** |

I, Edgar W. Koby, Jr., the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

SEE ATTACHMENT B

continued on the attached page and made a part thereof.

_____
Edgar W. Koby, Jr., Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

September 15, 2008 at
Date

Hon. Esther Salas
United States Magistrate Judge

Newark, New Jersey
City and State

_____
Signature of Judicial Officer

## ATTACHMENT A

### Accessory After the Fact to Credit Card Fraud and Aggravated Identity Theft

Between on or about August 26, 2008 and on or about August 29, 2008, in Jersey City, in the District of New Jersey, and elsewhere, defendant

### DIPTI DILIP GANDHI

knowing that an offense against the United States has been committed, namely, that the offender Kaminder Singh had been charged with and arrested for the offenses of Credit Card Fraud (18 U.S.C. 1029(a)(2)) and Aggravated Identity Theft (18 U.S.C. 1028A), received, relieved, comforted, and assisted the offender in order to hinder or prevent his apprehension, trial, and punishment.

In violation of Title 18, United States Code, Section 3.

## ATTACHMENT B

1.  I, Edgar W. Koby, Jr., am a Special Agent with the Federal Bureau of Investigation. I have personally participated in this investigation and am aware of the facts contained herein based upon my own investigation as well as my discussions with other law enforcement officers having knowledge of the case from their participation in the investigation. I have not included all of the facts known to me in this affidavit, just those facts which I believe necessary to establish probable cause to support this Complaint.

2.  On or about June 5, 2008, a complaint was filed against **Kaminder Singh** in the United States District Court for the District of New Jersey, charging him with two felony counts: Unauthorized Use of a Credit Card, in violation of 18 U.S.C. § 1029(a)(2), and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A.

3.  At **Kaminder Singh's** initial appearance, the Honorable Esther Salas, United States Magistrate Judge, ordered **Kaminder Singh** detained. Defendant **Dipti Dilip Gandhi**, who is **Kaminder Singh**'s wife, was present in the courtroom at this initial appearance.

4.  Subsequently, with the consent of the parties, on or about July 16, 2008, the Judge Salas set defendant's bail at $100,000 and required defendant **Dipti Dilip Gandhi** to co-sign the bond. Among other conditions of release, the Order entered by the Court confined **Kaminder Singh** to 24-hour house arrest at his residence in Jersey City, New Jersey and electronic monitoring. Both **Kaminder Singh** and defendant **Dipti Dilip Gandhi** were also required to surrender their passports.

5.  On or about August 26, 2008, **Kaminder Singh** requested and received permission from the United States Office of Pretrial Services to travel to Brooklyn, New York from his residence in New Jersey on the following day, purportedly in order to consult with and retain new defense counsel.

6.  On or about August 27, 2008, at approximately 9:00 p.m., defendant's Pretrial Services supervisor, Kenneth Rowan, informed me that **Kaminder Singh** had failed to return to his residence and that both **Kaminder Singh**'s and defendant **Dipti Dilip Gandhi**'s cell phones were not responding to calls.

7.  On or about August 29, 2008, an arrest warrant was issued in the District of New Jersey for the arrest of **Kaminder Singh**.

8.  On or about September 2, 2008, officials of Canadian Border Patrol/Immigration advised Pretrial Services Officer Kenneth Rowan that **Kaminder Singh** and his spouse, defendant **Dipti Dilip Gandhi,** had attempted to enter Canada at Vancouver, through a park-like area that borders Canada in the State of Washington.

9.      At the time, the Canadian officials informed Pretrial Services Officer Kenneth Rowan that **Kaminder Singh**, who was using the alias "Rahul Rai," and defendant **Dipti Dilip Gandhi** denied that they knew each other and stated in substance and in part that they were walking through the park separately. The Canadian officials also reported that **Kaminder Singh** had approximately $20,000 in cash in a duffel bag he was carrying. Defendant **Dipti Dilip Gandhi** had in her possession a United States passport in the name of her sister, Rupal Gandhi.

10.     Canadian officials have confirmed that the individual who identified himself as Rahul Rai is, in fact, **Kaminder Singh** by taking the individual's fingerprints and comparing them to those of **Kaminder Singh** that are on file with the FBI. Subsequently, **Kaminder Singh** admitted his true identity.