Fax from : 201 659 9250  11-21-08 02:23p  Pg: 2
Fax sent by  11-20-08 06:16p  Pg: 2/4
Case 2:08-cr-00693-WHW   Document 9   Filed 12/02/08   Page 1 of 3 PageID: 25

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. William H. Walls

v. : Crim. No. 08-696 (WHW)

DIPTI DILIP GANDHI : O R D E R

This matter having been opened to the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (Lorraine S. Gerson, Assistant U.S. Attorney, appearing), and defendant Dipti Dilip Gandhi (Arthur J. Abrams, Esq., appearing), and good cause having been shown, the Court makes the following findings:

1. The defendant, Dipti Dilip Gandhi, indicted by a grand jury and charged with 2 counts of being an accessory after the fact, in violation of 18 U.S.C. § 3, and the United States are currently in plea negotiations.

2. The charges against defendant Gandhi arise from her assisting Kaminder Singh, her spouse, with unlawful flight to avoid prosecution on credit card fraud and identity theft charges filed against him in this district. (U.S. v. Kaminder Singh, Mag. No. 08-7095). At the time of his arrest, defendant Singh was unlawfully present in the United States.

3. Both defendants were arrested by Canadian Border Offices in Vancouver; defendant Gandhi, a United States citizen, was returned to the United States; defendant Singh is under provisional arrest in anticipation of his extradition to the

Fax from : 201 659 9250 11-21-08 02:24p Pg: 3
Fax sent by : 11-20-08 06:16p Pg: 3/4
Case 2:08-cr-00693-WHW   Document 9   Filed 12/02/08   Page 2 of 3 PageID: 26

United States to answer the pending credit card and identity theft charges and, perhaps, additional charges as well.

4. As part of the plea negotiations between the United States and defendant Gandhi, counsel for defendant Gandhi as well as counsel for defendant Singh have represented that defendant Gandhi will undertake to persuade defendant Singh to consent to extradition to expedite his presence in the United States so that the pending criminal charges against both defendants can be concluded by pleas.

5. In these circumstances, I find the ends of justice served by granting a continuance of the trial date in this matter until February 25, 2009 outweigh the interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 2 day of December, 2008,

ORDERED that this matter is continued until February 25, 2009, and that the period of time from December 17, 2008 through February 25, 2009 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii), and (h)(8)(iv); and it is further

ORDERED that:

1. Defendant shall file pretrial motions on or before _Jan 13, 2009_ ;

-2-

2. The government shall respond to such motions on or before Feb 27, 2009;

3. Defendant shall file any reply papers on or before Mar 3, 2009;

4. The return date for pretrial motions shall be Mar 10, 2009, at _____; and

5. Trial shall commence on March 16, 2009 at 10:00 a.m.

_____
HON. WILLIAM H. WALLS
United States District Judge

Consent as to form and entry

_____
Lorraine S. Gerson
Assistant U.S. Attorney

_____
Arthur Abrams, Esq.
Attorney for Dipti Dilip Gandhi

-3-