UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. William H. Walls

v. : Crim. No. 08-693 (WHW)

DIPTI DILIP GANDHI : O R D E R

This matter having been opened to the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Lorraine S. Gerson, Assistant U.S. Attorney, appearing), and defendant Dipti Dilip Gandhi (Arthur J. Abrams, Esq., appearing), and good cause having been shown, the Court makes the following findings:

1. The defendant, Dipti Dilip Gandhi, indicted by a grand jury and charged with 2 counts of being an accessory after the fact, in violation of 18 U.S.C. § 3, and the United States are currently in plea negotiations.

2. The charges against defendant Gandhi arise from her assisting Kaminder Singh, her spouse, with unlawful flight to avoid prosecution on credit card fraud and identity theft charges filed against him in this district. (U.S. v. Kaminder Singh, Mag. No. 08-7095). At the time of his arrest, defendant Singh was unlawfully present in the United States.

3. Both defendants were arrested by Canadian Border Offices in Vancouver; defendant Gandhi, a United States citizen, was returned to the United States; defendant Singh returned to the United States on February 5, 2009 by virtue of his consent to

extradition to the United States to answer the pending credit card and identity theft charges.

4. As part of the plea negotiations between the United States and defendant Gandhi, the United States has met with and solicited the cooperation of both defendants Gandhi and Singh so that the pending criminal charges against both defendants can be fully resolved by pleas.

5. At this time, it is anticipated that successful plea negotiations will be concluded shortly.

IT IS, therefore, on this  21  day of April, 2009,

ORDERED that this matter is continued until June 27, 2009, and that the period of time from April 27, 2009 through June 27, 2009 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii), and (h)(8)(iv); and it is further

ORDERED that:

_____
HON. WILLIAM H. WALLS
United States District Judge

Consent as to form and entry

_____
Lorraine S. Gerson
Assistant U.S. Attorney

_____
Arthur J. Abrams, Esq.
Attorney for Dipti Dilip Gandhi

-2-