July 6, 2010
U.S District Clerk/William Walsh
Hon William H Walls/Judge U.S District Court
King Federal Courthouse Bldg
50 Walnut St
Newark NJ 07102

RECEIVED

JUL 1 2 2010

AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

**Re: Dipti Dilip Gandhi criminal no 08-693   Dkt # 08-00693-001**

Dear Clerk Walsh:

I, Dipti Gandhi am replying back in writing to the letter instead of my attorney Arthur Abrams because he is still on vacation until July 8, 2010. Upon sentencing the restitution agreement was only for $150 per month, with no interest/penalties, total $71,541.28
The amount of balance due is incorrect $71,039.70 until April 2, 2010. Prior my attorney Arthur Abrams replied to a similar letter, see attached however, we did not get any response back. I am not objecting to garnishment of 401k/pension.

**Restitution**
Paid the $100 special assessment & $150 monthly (attached print out from clerk's office)
Total paid as of 6/23/10  $ 1303.95
Current balance as of 6/23/10  $ 70237.33
**Issue:**
If you refer to pg 1 of 6 they are stating until April 2nd BAL is **$71,039.70 (incorrect)**
I paid up to April 2nd, 2010 total $853.95
So balance until April 2nd is $70,687.33

Currently, I am still waiting for the FBI to apply seized $21,050.00 towards the restitution to lower the balance, which prosecutor Lorraine Gerson & Agent Coby agreed to.

**Garnishment 401K/pension:**
My former employer ( UFT) agreed to garnish my 401k & pension.
I am not objecting to the garnishment.

However, I would like to have a hearing b/c the current balance up to 4/2/2010, is incorrect and restitution should not include interest/penalty and would like this record updated.

Thank you,

Dipti Gandhi
5 Franklin St
Piscataway NJ 08854
Tel # 973-563-4880

**Attorney Contact info:**
Abrams, Arthur J - Abrams & Wofsy
255 Newark Ave Jersey City, NJ 07032
Tel  (201) 659-5500

**Clerk's office**: Trenton, NJ 609-989-0468

*Abrams & Wofsy*
*Counsellors at Law*

255 Newark Ave., Jersey City, NJ 07302

ARTHUR J. ABRAMS
MARSHALL J. WOFSY

ANDREW C. ABRAMS

(201) 659-5500
(201) 659-3356
FAX (201) 659-9250
AWLAW3@AOL.COM

February 2, 2010

United States Attorney
District of New Jersey
970 Broad Street, Suie 700
Newark, New Jersey 07102
Attn: Kelly Parker-Battle
Paralegal Specialist

Re: U.S v. Dipti Dilip Gandhi
    Criminal No. 08-693 (WHW)

Dear Ms. Parker-Battle:

    Enclosed please find a copy of a letter you sent to my client Ms. Gandhi on September 21, 2009 the Honorable William H. Walls, Judge of the United States District Court, sentenced my client to a term of two years supervised release; $71,541.28 restitution, without interest to be paid at the rate of $150 per month; $100 special assessment.

    Ms. Gandhi paid the $100 special assessment immediately as noted in the copy of the enclosed receipt for same. Also, Ms. Gandhi has been paying the $150 per month towards the restitution which can be confirmed by her probation officer. She is waiting for the return of approximately $20,000 from the government which also will be applied to the restitution. Therefore will you kindly correct your records accordingly as Judge Walls ruled that no interest would apply. This fact can be confirmed by Assistant United States Attorney, Lorraine S. Gerson.

Very truly yours,

ABRAMS & WOFSY

By: *Arthur J. Abrams*
    Arthur J. Abrams

AJA:btc
cc: Lorraine S. Gerson, AUSA
cc: Dipti Dilip Gandhi
enc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DIPTI DILIP GANDHI, <br><br> Defendant, <br><br> UNITED FEDERATIONS OF TEACHERS, and its successors or assigns, <br><br> Garnishee. | Hon. William H. Walls <br><br> CRIMINAL No. 08-693 <br><br> REQUEST FOR HEARING |

TO: CLERK'S OFFICE

[ ] I hereby request that the court conduct a hearing in the above matter as soon as possible after the clerk receives this request for a hearing because:

[✓] I do not owe the money to the United States that it says I do.

[ ] The property that the United States is taking is exempt (See attached completed Claim for Exemption form).

Notice of the hearing should be given to me by mail at

_S Franklin St,_
(Address)

_PISCATAWAY NJ 08854_

or by telephone at _973-563-4880_
(Telephone Number)

Date: _6/24/10_

Signature
Dipti Dilip Gandhi

*[Handwritten notes on right side:]* restitution amount is correct however there should be no interest/penalty applied. Please see letter of judgement. If this can be resolved without a hearing that is agreeable,

*[Handwritten note at bottom:]* Please send notice of hearing also to my attorney! Arthur Abrams 255 Newark Ave Jersey City, NJ 07302

PROB 7A
(Mod. 11/01)

Conditions of Probation and Supervised Release

*Pt. of Contact: Golda*
*Info, 20 Washington Pl*
*Newark, NJ 07102*
*tel #*
*973-445-8526*

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

Name:     Dipti Dilip Gandhi
Address:  5 Franklin Street
          Piscataway, NJ 08854

Docket No.: 08-00693-001

Reg. No.: 38733-086

Under the terms of your sentence, you have been placed on supervised release by the Honorable <u>William H. Walls</u>, United States District Judge, for the District of New Jersey. Your term of supervision is for a period of <u>2 years</u> commencing on 09/21/2009.

**Sentencing Reform Act of 1984. No Departure.**

**Date of Sentence: 9/21/09**
**Offense: 18 U.S.C. § 3 Accessory After the Fact to Fraud and Related Activity**
       **in Connection with Credit Cards**
**Sentence: 2 years Supervised Release**

While on supervised release, you shall not commit another Federal, state, or local crime and shall not possess an illegal controlled substance. Revocation of probation and supervised release is mandatory for possession of an illegal controlled substance. Based on information presented, you are excused from the mandatory drug testing provision; however, you may be requested to submit to drug testing during the period of supervision if the probation officer determines a risk of substance abuse.

**CHECK IF APPROPRIATE:**

[ ]   As a condition of supervision, you are instructed to pay a fine in the amount of $_____; it shall be paid in the following manner: _____.

[X]   As a condition of supervision, you are instructed to pay restitution in the amount of $<u>71,441.28</u> to <u>U.S. Treasury forwarded to the Clerk of the Court for distribution to various victims</u>; it shall be paid in the following manner: <u>$150 per month</u>.

[ ]   The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

[ ]   The defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.

**SPECIAL ASSESSMENT: $100 DUE IMMEDIATELY.**



Dgandhi97@yahoo.com

06/23/2010 09:22 AM EST

U.S. Courts
Case Inquiry Report

Version 7.0.1 Page 1 of 4

**Case Number** DNJX208CR000693  **Case Title** USA VS DIPTI DILIP GANDHI
**Summary Party Information:**

| Party# | Party Name | Debt Type | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|
| 001 | DIPTI DILIP GANDHI | SPECIAL PENALTY ASSESSMENT | 100.00 | 100.00 | 0.00 |
| 001 | DIPTI DILIP GANDHI | VICTIM J&S RESTITUTION | 71,441.28 | 1,203.95 | 70,237.33 |
|  |  |  | 71,541.28 | 1,303.95 | 70,237.33 |

**Summary Payee Information:**

| Payee Code | Payee Name | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|
| CONV000643 | MACY'S | 8,067.95 | 0.00 | 8,067.95 |
| CONV001563 | AMERICAN EXPRESS | 49,373.33 | 0.00 | 49,373.33 |
| CONV001565 | CITIBANK | 14,000.00 | 0.00 | 14,000.00 |
|  |  | 71,441.28 | 0.00 | 71,441.28 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Code | Depository Total |
|---|---|---|---|---|

06/23/2010 09:22 AM EST

Version 7.0.1  Page 2  of 4

## U.S. Courts
## Case Inquiry Report

**Detailed Party Information:**

| Party Number | Party Name |
|---|---|
| 001 | DIPTI DILIP GANDHI |

**Debt Type**
SPECIAL PENALTY ASSESSMENT

| Fund | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
|  | 504100 |  |  | N/A |
| Owed | 100.00 | 0.00 | 0.00 | 100.00 |
| Collected | 100.00 | 0.00 | 0.00 | 100.00 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 100.00 | 0.00 | N/A | 100.00 |

VICTIM J&S RESTITUTION

| Fund | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
|  | 6855XX |  |  | N/A |
| Owed | 71,441.28 | 0.00 | 0.00 | 71,441.28 |
| Collected | 1,203.95 | 0.00 | 0.00 | 1,203.95 |
| Outstanding | 70,237.33 | 0.00 | 0.00 | 70,237.33 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 1,203.95 | 0.00 | N/A | 1,203.95 |

**Totals**

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Owed | 71,541.28 | 0.00 | 0.00 | 71,541.28 |
| Collected | 1,303.95 | 0.00 | 0.00 | 1,303.95 |
| Outstanding | 70,237.33 | 0.00 | 0.00 | 70,237.33 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 1,303.95 | 0.00 | N/A | 1,303.95 |

06/23/2010 09:22 AM EST

**U.S. Courts**
**Case Inquiry Report**

Version 7.0.1  Page 3 of 4

### Detailed Payee Information:

| Payee Code | Payee Name |  |  | Principal | Interest | Total |
|---|---|---|---|---|---|---|
| CONV000643 | MACYS |  | Owed | 8,067.95 | N/A | 8,067.95 |
|  |  |  | Apportioned | 0.00 | 0.00 | 0.00 |
|  |  |  | Paid | 0.00 | 0.00 | 0.00 |
|  |  |  | Refunded | 0.00 | 0.00 | 0.00 |
|  |  |  | Outstanding | 8,067.95 | N/A | 8,067.95 |
| CONV001563 | AMERICAN EXPRESS |  | Owed | 49,373.33 | N/A | 49,373.33 |
|  |  |  | Apportioned | 0.00 | 0.00 | 0.00 |
|  |  |  | Paid | 0.00 | 0.00 | 0.00 |
|  |  |  | Refunded | 0.00 | 0.00 | 0.00 |
|  |  |  | Outstanding | 49,373.33 | N/A | 49,373.33 |
| CONV001565 | CITIBANK |  | Owed | 14,000.00 | N/A | 14,000.00 |
|  |  |  | Apportioned | 0.00 | 0.00 | 0.00 |
|  |  |  | Paid | 0.00 | 0.00 | 0.00 |
|  |  |  | Refunded | 0.00 | 0.00 | 0.00 |
|  |  |  | Outstanding | 14,000.00 | N/A | 14,000.00 |

### Transaction Information:

| Document Type/Number* | Document Date | Debt Type Line# | Accomplished Date | Debt Type | Line Type | Payee Line# | Amount | Depository Line# | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CK 517 DNJX208CR000693-001 | 02/05/2010 | 2 | 02/28/2010 | SPECIAL PENALTY ASSESSMENT | PR |  | 100.00 |  | DIPTI DILIP GANDHI | O | 99 | 504100 |
| CK 10465000236 DNJX208CR000693-A | 02/28/2010 |  | 02/28/2010 | VICTIM J&S RESTITUTION | PR |  | 600.00 |  | DIPTI DILIP GANDHI | O | 99 | 6855XX |
| CT NEW000409 DNJX208CR000693-A | 03/23/2010 |  | 03/24/2010 | VICTIM J&S RESTITUTION | PR |  | 3.95 |  | KAMINDER SINGH | O | 06 | 6855XX |
| CT TRE000084 DNJX208CR000693-A | 03/08/2010 |  | 03/10/2010 | VICTIM J&S RESTITUTION | PR |  | 150.00 |  | DIPTI DILIP GANDHI | O | 06 | 6855XX |

06/23/2010 09:22 AM EST

Version 7.0.1 Page 4 of 4

U.S. Courts
Case Inquiry Report

Transaction Information:

| Document Type/Number* Account Number | Document Date | Debt Type Line# | Accomplished Date | Debt Type | Line Type | Payee Line# | Amount | Depository Line# | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT TRE000901 DNJX208CR000693-A | 04/06/2010 | | 04/08/2010 | VICTIM J&S RESTITUTION | PR | | 150.00 | | DIPTI DILIP GANDHI | O | 06 | 6855XX |
| CT TRE001710 DNJX208CR000693-A | 05/05/2010 | | 05/07/2010 | VICTIM J&S RESTITUTION | PR | | 150.00 | | DIPTI DILIP GANDHI | O | 06 | 6855XX |
| CT TRE002377 DNJX208CR000693-A | 06/02/2010 | | 06/04/2010 | VICTIM J&S RESTITUTION | PR | | 150.00 | | DIPTI DILIP GANDHI | O | 06 | 6855XX |

* Document Type Legend

| Document Type | Document Type Name |
|---|---|
| CK | Cash Receipt - CCA Conversion |
| CT | Cash Receipt - CCA Automated |

**Case Inquiry**                                                         Wed, June 23, 2010 9:56:10 AM

From: "Jakiba_Herndon@njd.uscourts.gov" <Jakiba_Herndon@njd.uscourts.g...   Add to Contacts
To: DGandhi97@yahoo.com
gandhi.pdf (104KB)

(See attached file: gandhi.pdf)

Jakiba Herndon
United States District Court
Financial Specialist
402 E. State Street
Trenton NJ 08608
609-989-0468
Fax 609-989-2080